## SUPREME COURT.

### RUTH HULBERT vs. THE HOPE MUTUAL INSURANCE COMPANY.

*Erie General Term, April,* 1850.—MULLET, *Presiding Justice;* SILL, MARVIN and HOYT, *Justices.*—Appeal from an order made at a special term, denying a motion to set aside a summons upon the ground that the court had no jurisdiction. (See report of the decision, 4 How. Pr. Rep. 275.)

The order made at the special term was affirmed, and the opinion delivered then by Sill, J. concurred in as the opinion of the whole court.

NOTE.—It will be noticed that the motion made in this case at special term, was to set aside a *summons.* The decision on such a motion is not ordinarily appealable. But this involved the merits from the fact that it was a question of *jurisdiction,* calling in question the validity, as a law, of a part of the code.